## 30053. BEAVERS v. ALLEN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 2, 1975.

James Edward Beavers, *pro se.*
*E. Carl Prince, Jr.,* for appellee.

## 30054. FOUNTAIN v. REHBERG.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 2, 1975.

*Melvin E. Thompson, Jr.,* for appellant.
*Whitehurst, Cohen & Blackburn, Ronald A. Cohen,* for appellee.